Thomas HILLS

v.

John C. TAYLOR, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 6707.

United States Court of Appeals
Tenth Circuit.

June 9, 1961.

Christopher R. Brauchli, Denver, Colo., for appellant.

George T. Van Bebber, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed June 9, 1961, without written opinion, on authority of Teague v. Looney, Warden, 10 Cir., 268 F.2d 506; Zavada v. Taylor, Warden, 10 Cir., 285 F.2d 66, and Melton v. Taylor, Warden, 10 Cir., 276 F.2d 913.